UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA HICKS-NIELI an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MCKESSON CORPORATION; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER PHARMACEUTICALS CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC., BERLEX LABORATORIES, INC., BERLEX, INC.; BAYER SCHERING PHARMA AG; BAYER AG; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. CV 10-2901 JSW<br><br>Assigned to: Hon. Jeffrey S. White<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS** |

[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION
PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS -- CASE NO. CV 10-2901 JSW

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111

The Court, having fully considered the papers jointly submitted by the parties in connection with the Joint Motion for Administrative Relief To Stay Action Pending Transfer to Multidistrict Proceedings, and good cause appearing, HEREBY ORDERS that the above-captioned case is STAYED pending transfer to MDL No. 2100.

IT IS SO ORDERED.

Dated: July 13, 2010

_____
HON. JEFFREY S. WHITE
United States District Judge

- 2 -

[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS -- CASE NO. CV 10-2901 JSW

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111